UNITED STATES COURT OF INTERNATIONAL TRADE    FORM 1

| | |
|---|---|
| Geoffrey Wattiker, Pro Se<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES,<br>　　　　　　Defendant. | **SUMMONS**<br><br>Court No. 25-00006 |

TO: The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

　　　　　　　　　　　　　　　　　　/s/ Mario Toscano
　　　　　　　　　　　　　　　　　　Clerk of the Court

## PROTEST

| Port(s) of Entry: | Jacksonville 1803 | Center (if known): | |
|---|---|---|---|
| Protest Number: | 1531124100013  180324102544 | Date Protest Filed: | 9/6/2024    7/19/2024 |
| Importer: | Geoffrey Wattiker | Date Protest Denied: | 9/24/2024    8/2/2024 |
| Category of Merchandise: | Motor Vehicles | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| BTC011735 81 | 8/25/2023 | 9/24/2024 | BTC091687 73 | 4/19/2023 | 8/2/2024 |
| | | | | | |
| | | | | | |

Geoffrey Wattiker, 6721 Westlake Ave., Dallas, TX 75214
469 769 0063, FORSCHERESCUE@gmail.com

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Antique Land Rover Defenders | HTS 8704 | 25% | 8703 HTS | 2.5% |

| Other |
|---|
| State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim: Classification and rate and amount of duties chargeable |

| The issue which was common to all such denied protests: Classification of the vehicles under 8703; CBP did not follow 19 USC 1315(d) or 1625 procedures in changing the classification. |
|---|

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

_____
Signature of Plaintiff's Attorney

12/26/24        12/30/2024
                    Date

## SCHEDULE OF PROTESTS

Center (if known) _____

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 5331124100013 | 9/6/2024 | 9/24/2024 | BTC01173581 | 8/25/2023 | 9/24/2024 | 1803 |
| 180324102544 | 7/19/2024 | 8/2/2024 | BTC09168773 | 4/19/2023 | 8/2/2024 | 1803 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)